IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01696-WDM

JOHN BAILEY,

    Petitioner,

v.

ROXANNE BAILEY,

    Respondent.

---

### NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on December 19, 2005.

                BY THE COURT:

                /s/ Walker D. Miller
                United States District Judge

PDF FINAL